JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** FBI

**City** Hingham, Weymouth, Marshfield, Randolph
**County** Plymouth, Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-MJ-10510-DLC   [✓] Yes  [ ] No

**Defendant Information:**

**Defendant Name** Tanveer SIDHU   Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No

**Alias Name:**
**Address:** New York
**Birth date (Yr only):** 1990  **SSN (last 4#):** N/A  **Sex:** M  **Race:** Asian  **Nationality:** Indian
**Defense Counsel if known:** Jason Benzaken  **Address:** Benzaken, Maguire, Sheehan & Wood, LLP
**Bar Number:** 658869   1342 Belmont Street, Suite 102 Brockton, MA 02301

**U.S. Attorney Information**

**AUSA:** Elianna J. Nuzum and Jessica L. Soto   **Bar Number if applicable:** 663354;683145

**Interpreter:** [ ] Yes  [✓] No   **List language and/or dialect:** _____

**Victims:** [ ] Yes  [✓] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [ ] Yes  [ ] No

**Matter to be SEALED:** [ ] Yes  [✓] No

[ ] Warrant Requested   [✓] Regular Process   [ ] In Custody

**Location Status:**

**Arrest Date:**

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**  [ ] Complaint   [✓] Information   [ ] Indictment
**Total # of Counts:**  [ ] Petty _____   [ ] Misdemeanor _____   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/30/2025   **Signature of AUSA:** *Elianna J. Nuzum*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Tanveer SIDHU

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit visa fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

## District of Massachusetts Search Warrants

23-MJ-1252 through -1255-DLC
23-MJ-1424 through -1427-DLC
23-MJ-1513 through -1518-DLC
23-MJ-1559 and -1560-DLC
24-MJ-1179-DLC